# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN RECYCLING INTERNATIONAL, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 17-cv-00425-BAS-LL, *consolidated with* 17-cv-00656<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 39]** |

Presently before the Court is the parties' joint motion to dismiss these actions with prejudice. (ECF No. 39.) Good cause appearing, the Court **GRANTS** the request. The Court **DISMISSES WITH PREJUDICE** these consolidated actions in their entirety. Each party shall bear its own attorneys' fees and costs. The Clerk of the Court shall close **both** the lead case (No. 17-cv-00425) and the consolidated case (No. 17-cv-00656).

**IT IS SO ORDERED.**

**DATED:  November 16, 2018**

Hon. Cynthia Bashant
United States District Judge